FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN -8 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERESA ISIOMA OKOBAH<br>AKA ISIOMA TERESA OKOBAH | Criminal Information<br><br>No. 1:15-CR-001-TWT |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

Beginning on or about April 1, 2008 and continuing until in or about October 2013, in the Northern District of Georgia, the defendant, TERESA ISIOMA OKOBAH knowingly possessed an identification document (other than one issued lawfully for the use of the possessor), authentication feature, and a false identification document, namely a U.S. Passport issued by United States Department of State, with the intent that such document and feature be used to defraud the United States, as defendant had obtained her U.S. citizenship through a fraudulent marriage and had made false statements to Citizenship and

Immigration Services in order to obtain an immigration benefit, all in violation of Title 18 United States Code, Section 1028(a)(4).

SALLY QUILLIAN YATES
*United States Attorney*

*/s/ Susan Coppedge*
SUSAN COPPEDGE
*Assistant United States Attorney*
Georgia Bar No. 187251
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181