# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 1:15cr001-TWT

TERESA ISIOMA OKOBAH
a/k/a Isioma Teresa Okkobah

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, Teresa Isioma Okobah, represented by Steven Sadow.

The defendant pleaded guilty to Count One of the Information

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18 USC §1028(a)(4) | Possession of a fraudulent identification document | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of **$25.00** which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.    xxx-xx-2185 | Date of Imposition of Sentence:  April 2, 2015 |
| Defendant's Year of Birth:    1967 | |
| Defendant's Mailing Address: | |
| 1940 Wilkenson Crossing | |
| Marietta, Georgia 30066 | This 2nd  day of April, 2015. |

/s/Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE

Page 2 of 4

Defendant:        Teresa Isioma Okobah, a/k/a Isioma Teresa Okobah
Case Number:   1:15cr001-TWT

## PROBATION

The defendant is hereby placed on probation for a term of **one (1) year.**

While on probation, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance.  The defendant shall comply with the standard and special conditions that have been adopted by this court (set forth below).  If this judgment imposes a restitution obligation, it shall be a condition of probation that the defendant pay any such restitution that remains unpaid at the commencement of the term of probation.  The defendant shall comply with the following additional conditions:

1. The periodic drug testing mandated by the Violent Crime Control and Law Enforcement Act of 1994 is hereby suspended.  The Court finds this offense is not drug related, and the defendant has not current or past history of substance abuse.

3. The defendant shall perform **200 hours** of community service under the guidance and supervision of the U. S. Probation Officer and that service may be satisfied by her volunteer service at the Physician's Care Clinic in Decatur, Georgia.

3. The defendant shall submit to a search of her person, property, residence and/or vehicle at the request of the United States Probation Officer.

4. The defendant shall pay any financial penalty that is imposed by this judgment at the rate of $200.00 month during her term of probation to commence 30 days after the date of this judgment.

Defendant:       Teresa Isioma Okobah, a/k/a Isioma Teresa Okobah
Case Number:     1:15cr001-TWT

## STANDARD CONDITIONS OF PROBATION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime.  In addition:

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant:       Teresa Isioma Okobah, a/k/a Isioma Teresa Okobah
Case Number:   1:15cr001-TWT

# FINE

The defendant shall pay a fine of $2,500 to be paid at the rate of $200.00 month during her term of probation to commence 30 days after the date of this judgment.

Any payments of the fine shall be made to Clerk, U. S. District Court, Northern District of Georgia, 2211 U. S. Courthouse, 75 Spring Street, Atlanta, Georgia 30303.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed.  See 18 U.S.C.  § 3614.