IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 1:15-CR-001-TWT |
| ISIOMA OKOBAH, | : |
| Defendant. | : |

**ORDER**

The Court having considered the defendant's motion to terminate probation, and the government having consented thereto, it is ORDERED that the defendant's probation is hereby terminated.

This __19__ day of __October__, 2015.

_____
HONORABLE THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE